Scott J. Ferrell, Bar No. 202091
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 717-3000
Fax:  (949) 717-3100
sferrell@calljensen.com

Attorneys for Defendants Chevron U.S.A. Inc.,
Joseph V. Duncan, Linda F. Duncan,
individually and dba Joe's Chevron

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHEVRON U.S.A., INC., a Pennsylvania corporation, JOSEPH V. DUNCAN, LINDA F. DUNCAN, individually and dba JOE'S CHEVRON, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No.  CV-08-02915 WHA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br><br><br><br><br>Complaint Filed: June 11, 2008<br>Trial Date:      None Set |

Plaintiff Jeff Hohlbein, by and through his undersigned counsel, and Defendants Chevron U.S.A. Inc., Joseph V. Duncan, Linda F. Duncan, individually and dba Joe's Chevron, by and through their undersigned counsel, (collectively referred to herein as the "Parties"), hereby agree as follows:

/ / /

/ / /

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

CHE03-27:387928_1:7-1-08                        - 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  **WHEREAS**, the Complaint was filed on June 11, 2008;

3  **WHEREAS**, Defendants were served with the Summons and Complaint on June 23, 2008;

6  **WHEREAS**, Defendants' response is due on July 14, 2008, the Parties agree that Defendants require an additional fourteen (14) days to respond to the Complaint.

9  **NOW THEREFORE**, it is hereby stipulated that Defendants shall have until July 28, 2008 to answer, respond or otherwise move this Court regarding the Complaint.

Dated: July 1, 2008              SINGLETON LAW GROUP


                                 By: _s/Richard E. Grabowski_____
                                        Richard E. Grabowski
                                 Attorneys for Plaintiff Jeff Hohlbein

Dated: July 1, 2008              CALL, JENSEN & FERRELL
                                 A Professional Corporation
                                 Scott J. Ferrell


                                 By: _s/Scott J. Ferrell_____
                                        Scott J. Ferrell

                                 Attorneys for Defendants Chevron U.S.A. Inc., Joseph V. Duncan, Linda F. Duncan, individually and dba Joe's Chevron

# CERTIFICATE OF SERVICE
(United States District Court)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On July 1, 2008, I have served the foregoing document described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** on the following person(s) in the manner(s) indicated below:

### SEE ATTACHED SERVICE LIST

**[ X ]  (BY ELECTRONIC SERVICE)**  I am causing the document(s) to be served on the Filing User(s) through the Court's Electronic Filing System.

**[  ]  (BY MAIL)**  I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

**[  ]  (BY OVERNIGHT SERVICE)**  I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by the overnight service provider the same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by the overnight service provider with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by the overnight service provider at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

**[  ]  (BY FACSIMILE TRANSMISSION)**  On this date, at the time indicated on the transmittal sheet, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

**[  ]  (BY E-MAIL)**  I transmitted the foregoing document(s) by e-mail to the addressee(s) at the e-mail address(s) indicated.

1

2  **[ X ]**  (FEDERAL)  I declare that I am a member of the Bar and a registered Filing User for this District of the United States District Court.

3

4  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on July 1, 2008, at Newport Beach, California.

5

6                                              *s/Scott J. Ferrell*_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

## SERVICE LIST

Jason K. Singleton, Esq.  
Richard E. Grabowski, Esq.  
Singleton Law Group  
611 "L" Street, Suite A  
Eureka, CA 95501  
Tel: (707) 441-1177  
Fax: (707) 441-1533  
jason@singletonlawgroup.com  
rgrabowski@mckinleyville.net

**Attorneys for**

**Plaintiff Jeff Hohlbein**