IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF HOHLBEIN,

    Plaintiff,

v.

CHEVRON USA, INC., a Pennsylvania corporation, JOSEPH V. DUNCAN, LINDA F. DUNCAN, individually and dba JOE'S CHEVRON, and DOES ONE to FIFTY, inclusive,

    Defendants.

No. C 08-02915 WHA

**ORDER OF RECUSAL**

I, the undersigned judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of Paragraph E.2 of the Assignment Plan.

All pending dates of case management conferences, motions, pretrial conferences and trial are hereby **VACATED** and are to be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: August 27, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE